# Exhibit 1

CACE-23-000886

Filing # 165328067 E-Filed 01/24/2023 11:38:27 AM  *(handwritten)* CASPSIL30
1-25-23
2.52 PM

**IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, STATE OF FLORIDA**

| | |
|---|---|
| **Litrenne Beaubriant, Karl Robert Donatien, Erna Edouard, Alaa Eltahir, Madiane Jean Pierre, Ismerie Petit, Darlene Philipi** an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> **NOMI HEALTH, INC.** a Delaware Corporation <br><br> Defendant. | **CASE NO.: CACE-23-000886** <br><br><br> **SUMMONS** |

**THE STATE OF FLORIDA:**
**To Each Sheriff of the State:**
　　**YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Complaint in this action on Defendant:

　　　　SERVE:　　　　**NOMI HEALTH, INC.**

　　　　BY SERVING:　　Registered Agent : **C T CORPORATION SYSTEM**
　　　　　　　　　　　　1200 SOUTH PINE ISLAND ROAD
　　　　　　　　　　　　PLANTATION, FL 33324
　　Defendant is required to serve written defenses to the Statement of Claim on Plaintiff's Attorney, whose address is:

　　　　　　　　　　　　ANDREW OBEIDY, ESQUIRE
　　　　　　　　　　　　2755 E. OAKLAND PARK BLVD.
　　　　　　　　　　　　SUITE 225
　　　　　　　　　　　　FORT LAUDERDALE, FL 33306
　　　　　　　　　　　　(305) 892-5454

within 20 days after service of this Summons on the above-named Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a Default will be entered against that Defendant for the relief demanded in the Statement of Claim.

**IMPORTANT**

A lawsuit has been filed against you. You have twenty (20) calendar days after this Summons is served on you to file a written response to the attached Statement of Claim in this Court. A phone call will not protect you; your written response, including the above case number and named parties, must be filed if you want the court to hear your case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response with the Court, located at:

Additional Court                     Broward County Courthouse
locations are listed                 Clerk of the Courts
in the local phone                   201 SE 6th Street,
directory                            Fort Lauderdale, FL 33301

You must also mail or take a carbon copy or photocopy of your written response to the "Plaintiff/Plaintiff's Attorney" named above.

**WITNESS my hand and the Seal of said Court**

DATED ON. ____JAN 25 2023_____ 2023

BRENDA D FORMAN
Clerk of the Court

By_____
As Deputy Clerk
COURT SEAL

**BRENDA D. FORMAN**

## IMPORTANTE

Usted ha sido demandado legalmente.  Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera; si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, puede usted consultar a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada arriba como "Plaintiff/Plaintiff's Attorney."  (Demandante or Abogado del Demandante).

## IMPORTANT

Des poursuites Judiciaries ont ete entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pur deposer une reponse ecrite a la plainte ci-jointe aupres de ce Tribunal.  Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom de parties nommees ici, si vous souhaitez que le Tribunal entende votre cause.  Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur de Tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, fair parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

A. ANDREW OBEIDY, ESQ. (FBN 910341)
OBEIDY & ASSOCIATES, P. A.
2755 E. Oakland Park Blvd., Suite 225
Fort Lauderdale, Florida 33301
Telephone:      (305) 892-5454
Telephone:      (954) 530-6953
Facsimile:      (954) 206-6955
Andrew@obdlegal.com
**Attorney for Plaintiffs**

## IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
## IN AND FOR BROWARD COUNTY, STATE OF FLORIDA

| | |
|---|---|
| **Litrenne Beaubriant, Karl Robert Donatien, Erna Edouard, Alaa Eltahir, Madiane Jean Pierre, Ismerie Petit, Darlene Philipi** an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> **NOMI HEALTH, INC.** a Delaware Corporation <br><br> Defendant. | **CASE NO.:** <br><br> **COMPLAINT** <br><br> 1.   **Race Discrimination – Violation of Fla. Stat. §760.10(1)(a) as against Nomi Health** |

### PRELIMINARY ALLEGATIONS

#### (Parties)

1.      Plaintiff Litrenne Beaubriant ("Plaintiff Beaubriant" or collectively, the "Plaintiffs") is an individual residing in the county of Broward, state of Florida.

2.      Plaintiff Karl Robert Donatien ("Plaintiff Donatien" or collectively, the "Plaintiffs") is an individual residing in the county of Broward, state of Florida.

3.      Plaintiff Erna Edouard ("Plaintiff Edouard" or collectively, the "Plaintiffs") is an individual residing in the county of Broward, state of Florida.

4.      Plaintiff Alaa Eltahir ("Plaintiff Eltahir" or collectively, the "Plaintiffs") is an individual

residing in the county of Broward, state of Florida.

5. Plaintiff Madiane Jean Pierre ("Plaintiff Jean Pierre" or collectively, the "Plaintiffs") is an individual residing in the county of Broward, state of Florida.

6. Plaintiff Ismerie Petit ("Plaintiff Ismerie" or collectively, the "Plaintiffs") is an individual residing in the county of Broward, state of Florida.

7. Plaintiff Darlene Philippi ("Plaintiff Phillipi" or collectively, the "Plaintiffs") is an individual residing in the county of Broward, state of Florida.

8. Defendant Nomi Health, Inc. ("Defendant Nomi") is, and at all times material hereto a Delaware Corporation, authorized to do business and doing business in the state of Florida, with offices located in the county of Broward, state of Florida.

**(Jurisdiction and Venue)**

9. This is an action for damages in excess of the sum of fifty thousand dollars ($50,000.00) exclusive of interest, costs and/or attorneys' fees.

10. This Court has personal jurisdiction over Defendant Nomi pursuant to Florida's long-arm statute, sections 48.193(1)(a)(1), 48.193(1)(a)(2), and 48.193(2), Florida Statutes, because Defendant Nomi:

   a) Conducts business in Broward County, Florida at 100 Terminal Dr, Fort Lauderdale, Florida, 33315;

   b) Committed tortious acts in Florida at the aforementioned location;

   c) Engages in substantial and not isolated activity within this state;

   d) Has sufficient minimum contacts with the State of Florida such that the exercise of personal jurisdiction over Defendant Nomi would not offend traditional notions of fair play and substantial justice.

11. Venue is appropriate in this jurisdiction because the alleged acts and transactions complained of occurred in Broward County, Florida.

**FIRST CAUSE OF ACTION**
**Race Discrimination – Violation of Fla. Stat. §760.10(1)(a)**

12. Plaintiff repeats and realleges each and every allegation in Paragraphs 1 through 11 above, as though fully set forth at length herein.

13. At all times material hereto, all provisions of the Florida Civil Rights Act ("FCRA") were in full force and effect and were binding on Defendant Nomi.

14. At all times material hereto, Plaintiffs were employees of Defendant Nomi despite being misclassified as independent contractors.

15. At all times material hereto, Defendant Nomi was an Employer as defined by Fla. Stat. §760.02(7).

16. During Plaintiff's employment with Defendant Sunrise, through the conduct of its agents, servants, and/ or employees, Defendant Sunrise discriminated against Plaintiffs on the basis of their race (African American/Haitian American) and/or their national origin (Haitian American) and subjected Plaintiffs to adverse employment action on the basis of their race or national origin.

17. Submission to the conduct alleged below was an implicit part of Plaintiff's employment with Defendant Sunrise. The race discrimination suffered by the Plaintiff as a result of Defendant Sunrise's conduct included, but was not limited to:

a) Creating a hostile work environment for Plaintiffs based on race/national origin (African American);

b) Subjecting Plaintiff to less preferential terms and conditions of employment than those afforded Hispanic employees including but not limited to: micro-managing

Plaintiffs, monitoring the amount of time Plaintiffs spent in the rest room, refusing to allow Plaintiffs to use their cellular phones with them during work hours, threatening Plaintiffs with termination;

c)   Disciplining Plaintiffs without cause;

d)   Terminating Plaintiff's employment without cause;

e)   Allowing Yanelly Tapia (Hispanic female) to replace Plaintiffs (Black employees) with "her people" (Hispanic employees)

18.   Plaintiffs filed timely charges of race discrimination with the United States Equal Employment Opportunity Commission (hereinafter referred to as the "EEOC"), true and correct copies of which is attached hereto as Exhibit "A" and incorporated herein by reference.  In their charges, Plaintiff set forth examples of Defendant Nomi's unlawful discrimination.  Plaintiffs' six (6) month waiting period before filing said lawsuit has expired.  Therefore, Plaintiffs have exhausted all of their administrative remedies.

19.   As a direct and proximate result of Defendant Nomi's acts as alleged herein, Plaintiffs have suffered and continue to suffer substantial economic damages, including but not limited to, losses incurred in seeking subsequent comparable employment, earnings, deferred compensation, earning capacity, back pay and front pay, past, present, and future income, compensatory damages, lost wages and other employee benefits, all to their detriment, in an amount to be shown according to proof.

20.   As a further proximate result of Defendant Nomi's acts as alleged herein, Plaintiffs have suffered and continue to suffer emotional distress including but not limited to symptoms of ongoing sadness, nausea, nightmares, irritability, nervousness, anxiety, loss of confidence, grief, sleeplessness, helplessness, hopelessness, fear, humiliation, loss of

self-esteem, and other general damages, all to his detriment, in an amount to be shown according to proof.

21.  Defendant Nomi committed the acts alleged herein despicably, maliciously, fraudulently and/or oppressively, with the wrongful intention of injuring Plaintiff, from an improper and evil motive amounting to malice and in willful and conscious disregard of Plaintiff's rights. Plaintiff, pursuant to Fla. Stat. §760.11(5), is entitled to recover punitive damages from Defendant Sunrise in the amount of one hundred thousand dollars ($100,000.00) for each Plaintiff without first seeking leave of court.

22.  Plaintiff, pursuant to Fla. Stat. §760.11(5), is also entitled to recover reasonable attorneys' fees and costs of said suit in an amount to be shown according to proof.

23.  Plaintiff demands judgment against Defendant Nomi, a trial by jury on all issues so triable and any other relief this Court deems just and proper.

## PRAYER FOR RELIEF AS AGAINST NOMI

**WHEREFORE**, Plaintiff prays judgment against Defendant Nomi, as follows:

1.  For economic damages, including but not limited to, back pay, front pay, and lost wages in an amount to be shown according to proof;

2.  For general damages and non-economic damages, mental and emotional distress damages, damages for anguish, and other general damages in an amount to be shown according to proof;

3.  For reasonable attorneys' fees in an amount to be shown according to proof;

4.  For an award of interest, including prejudgment interest, at the legal rate;

5.  For costs and fees of suit herein incurred; and

6.  For such other and further relief as this Court deems proper.

Dated this 23rd day of January, 2023.

Respectfully submitted,

**OBEIDY & ASSOCIATES, P.A.**

*/s/ A. Andrew Obeidy*
A. ANDREW OBEIDY, ESQ. (FBN 0910341)
Attorney for Plaintiffs